# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 11-00050JMS-KSC |
| CASE NAME: | Alfredo Ramos, an individual, et al. Vs. Chase Home Finance, a Business entity, form unknown |
| ATTYS FOR PLA: | Alfredo Ramos, Pro Se<br>Winnie Ramos, Pro Se |
| ATTYS FOR DEFT: | David B. Rosen (Special Appearance) |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | Courtroom 5-No Record |
| DATE: | 06/03/2011 | TIME: | 9:14-9:20 |

COURT ACTION:  EP: Further Triage Conference held. Rule 16 Scheduling Conference not held.

Plaintiffs have contacted Hawaii Home Ownership, package has been completed. However, complaint has not been served yet.

Further Triage Conference and Further Rule 16 Scheduling Conference set for 7/11/2011 at 09:00 AM before Magistrate Judge Kevin S.C. Chang.

Plaintiffs and David B. Rosen to participate by phone.

Submitted by: Warren N. Nakamura, Courtroom Manager