# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV11-00050JMS-KSC |
| CASE NAME: | Alfredo Ramos, an individual, et al. vs. Chase Home Finance a Business entity, form unknown |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | Mary Martin |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 3/16/2012 | TIME: | 10:20-10:35am |

COURT ACTION:  EP: Settlement Conference.  Counsel Harry E. Eliason present and recently retained by Plaintiffs.  Plaintiffs Alfredo and Winnie Ramos also present.  Mr. Eliason to file a Notice of Appearance on behalf of Plaintiffs.

Plaintiffs informed the Court and opposing counsel that they intend to dismiss this case.  The Court will set a Filing of Dismissal deadline for 6/5/12.  Plaintiffs will pursue triage process and have submitted an application for loan modification.  Further Settlement Conference/Triage Conference set 4/16/12 at 11:00am before Judge Chang.  Harry Eliason may participate by phone.

The Court will inquire with Judge Seabright as to the 3/21/12 response deadline for the Order to Show Cause and the 3/27/12 hearing on the Motion to Dismiss.

The Court vacates the following dates:
6/5/12, 9:00am, Final Pretrial Conference, Judge Chang
7/17/12, 9:00am, Jury Trial, Judge Seabright

Submitted by: Shari Afuso, Courtroom Manager